## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| TOP VICTORY INVESTMENTS LIMITED, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>DIVX, LLC, )<br>)<br>Defendant. )<br>)<br>) | C.A. No. 24-1390-CFC<br><br>**JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

*pro hac vice* of Mark Samuels of O'Melveny and Myers LLP to represent Plaintiff Top Victory

Investments Limited in this matter.


Respectfully Submitted,

OF COUNSEL:

Mark Samuels
John Kappos
Vision Winter
Clarence Rowland
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071-2899
(213) 430-6000



Dated: December 26, 2024

*/s/ Gabriela Z. Monasterio*
Frederick L. Cottrell, III (#2555)
Gabriela Z. Monasterio (#7240)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
monasterio@rlf.com


*Attorneys for Plaintiff Top Victory
Investments Limited.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* Mark Samuels of O'Melveny and Myers LLP to represent Plaintiff Top Victory Investments Limited is granted.

Dated: _____

_____
United States District Judge Colm F. Connolly

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the fee of $50.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.


Date:   December 26, 2024          /s/ Mark Samuels
                                   Mark Samuels
                                   O'MELVENY & MYERS LLP
                                   400 South Hope Street, 19th Floor
                                   Los Angeles, CA 90071-2899
                                   (213) 430-6000